NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC.,**
*Plaintiff-Appellee,*

**v.**

**SANDOZ, INC., ALCON LABORATORIES, INC.,
ALCON RESEARCH, LTD., ALCON, INC., FALCON
PHARMACEUTICALS, LTD.,
APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant.*

---

2014-1151, -1182

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:09-CV-00097-JRG, 2:09-CV-348, 2:10-CV-200 and 2:10-CV-00344, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

JONATHAN E. SINGER, Fish & Richardson P.C., of Minneapolis, Minnesota, argued for plaintiff-appellee. With

him on the brief were DEANNA J. REICHEL; SUSAN M. COLETTI, of Wilmington, Delaware; and JUANITA R. BROOKS and W. CHAD SHEAR, of San Diego, California.

DEANNE E. MAYNARD, Morrison & Foerster LLP, of Washington, DC, argued for all defendants-appellants. With her on the brief for defendants-appellants Sandoz, Inc., et al., were BRIAN R. MATSUI; DAVID C. DOYLE and BRIAN M. KRAMER, of San Diego, California. On the brief for defendants-appellants Apotex, Inc. were ROBERT B. BREISBLATT, STEPHEN P. BENSON and DENNIS C. LEE, Katten Muchin Rosenman LLP, of Chicago, Illinois.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 11, 2014 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |